

# ABOOD
## LAW FIRM 1956

246 E. Saginaw St., Suite #100
East Lansing, Michigan 48823
517.332.5900

April 1, 2026

**Jacob Peña**
6608 W. Willow Highway
Lansing, MI  48917

Dear Mr. Pena:

> ***Re:***      ***Ronald Deleon v Jacob Pena & Todd Brooks***
> ***Case No.:***  ***26-1612 -NZ***

Please find enclosed *Summons* and *Complaint and Jury Demand* in regard to the above captioned matter.

Should you have any questions, please do not hesitate to contact us.

Thank you.

Sincerely,

**ABOOD**
L A W   F I R M   1 9 5 6

*Andrew P. Abood*
Andrew P. Abood

APA/as
Enc.
cc Ronald Deleon, via email

## WWW.ABOODLAW.COM
## EAST LANSING | BIRMINGHAM

SCANNED

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |

| STATE OF MICHIGAN | | CASE NUMBER |
|---|---|---|
| 30th **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>Ingham **COUNTY** | **SUMMONS** | 26- **1612** -NZ<br>HON. MORGAN E. COLE |

**Court address**
303 W. Kalamazoo St. Lansing, MI 48933

**Court telephone number**
(517) 483-6500

Plaintiff's name, address, and telephone number

Ronald Deleon

v

Defendant's name, address, and telephone number

Jacob Peña
6608 W. Willow Highway
Lansing, MI 48917

Todd Brooks
5548 Lakeview Drive
Perry, MI 48872

Plaintiff's attorney bar number, address, and telephone number

Andrew P. Abood (P43366)
Abood Law Firm
246 E. Saginaw St., Ste. 100
East Lansing, Michigan 48823
(517) 332-5900

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>MAR 3 0 2026 | Expiration date<br>JUN 2 9 2026 | Court clerk<br>SETH GRUBER |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons**  (3/23)                                                                                   **Case Number** 26-_____

**PROOF OF SERVICE**

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
|  |  |
| **Place or address of service** | |
|  |  |
| **Attachments (if any)** | |
|  |  |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105



SCANNED

**Hon.** ON. MORGAN E. COLE,

Case No.: 26- **1612** -NZ

**30th Circuit Court**
Ingham County
State of Michigan

|  |  |  |
|---|---|---|
| **RONALD DELEON**<br>*-Plaintiff-* | V | **JACOB PEÑA, an individual, &**<br>**TODD BROOKS, an individual**<br>*-Defendants* |

| | |
|---|---|
| **Andrew P. Abood (P43366)**<br>**Abood Law Firm**<br>*Attorney for Plaintiff*<br>246 E. Saginaw Street, Ste. One<br>East Lansing, Michigan 48823<br>(517) 332-5900 / (517) 332-0700<br>discovery@aboodlaw.com | |

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the Complaint.

## COMPLAINT

**NOW COMES** Plaintiff, RONALD DELEON, by and through his attorneys, the ABOOD LAW FIRM, and for his Complaint against Defendants, JACOB PEÑA and TODD BROOKS, states the following:

### JURISDICTION, VENUE & THE PARTIES

1.      This is a claim for defamation arising from false and defamatory statements that occurred in the City of Lansing, County of Ingham, State of Michigan, on or about April 18, 2025.

2.      Jurisdiction rests with this Honorable Court under MCL 600.601 and MCL 600.605.

1

3.    Venue is proper under MCL 600.1629.

4.    The amount in controversy herein exceeds Twenty-Five Thousand Dollars ($25,000.00), exclusive of interest, costs, and attorney fees.

5.    Plaintiff, RONALD DELEON (hereinafter as "Plaintiff"), is an individual and resident of the County of Ingham, State of Michigan.

6.    Defendant, JACOB PEÑA ("Defendant Peña"), is an individual who works in the County of Ingham, State of Michigan.

7.    Defendant, TODD BROOKS ("Defendant Brooks"), is an individual who works in the County of Ingham, State of Michigan.

## GENERAL ALLEGATIONS

8.    Plaintiff had worked as a bus driver for CATA for 27 years and was just a few months shy of celebrating his 28th year at the time of his dismissal.

9.    Plaintiff is and was a person of good name, fame, and reputation in and about the City of Lansing, County of Ingham, State of Michigan, and deservedly enjoyed the esteem and good opinion of his neighbors and other citizens.

10.    On or about April 18, 2025, in the City of Lansing, County of Ingham, State of Michigan, and in the presence and hearing of Defendant Brooks, the Director of Operations of CATA, Defendant Peña maliciously and wrongfully made a false and defamatory oral statement about Plaintiff.

11.    Defendant Peña accused Plaintiff of grabbing a female passenger's wrist or elbow inappropriately.

12.    Defendant Peña's statements were false and defamatory.

2

13.    On or about the same date, in the same place, and in the presence and hearing of representatives of CATA, Defendant Brooks maliciously and wrongfully made a false and defamatory oral statement about Plaintiff.

14.    Defendant Brooks accused Plaintiff of stealing the said passenger's phone from the lost and found.

15.    Defendant Brooks's statements were false and defamatory

16.    When both statements were made, there were other people who heard the statements, and as a result, it negatively impacted the others' opinion of Plaintiff's reputation, goodwill, and image.

17.    As a result of these acts, Plaintiff has been deprived of earnings by loss of employment he would have had but for the speaking of the false and defamatory words, has been greatly injured in his reputation, and has suffered great pain and anguish.

## COUNT I: DEFAMATION PER SE (SLANDER)
### DEFENDANT JACOB PEÑA

18.    Plaintiff hereby incorporates paragraphs 1-17 of this complaint as if fully restated herein.

19.    On or about April 18, 2025, Defendant Peña made a false and defamatory statement about Plaintiff to Defendant Brooks.

20.    This statement included the false allegation that Plaintiff grabbed a female passenger's wrist or elbow inappropriately, making Defendant Peña so uncomfortable that he had to file a complaint.

21.    This statement was wholly false, malicious, and made without regard for the truth.

22.    Defendant Peña made this statement knowing it was false or with reckless disregard for its falsity.

3

23.    This statement was communicated orally and published to third parties, including Defendant Brooks and other agents or employees of CATA.

24.    The false statement alleged that Plaintiff had committed a crime of a sexual nature and pertained to Plaintiff's business, trade, occupation, and feelings in violation of MCL 600.2911(1) – (2).

25.    As a direct and proximate result of these defamatory statements, Plaintiff was disciplined by CATA, including suspension and termination, suffered reputational harm, emotional distress, and economic damages, including loss of income, benefits, and employment opportunities.

**WHEREFORE** Plaintiff, RONALD DELEON, respectfully requests relief from this Honorable Court in the form of damages against Defendant Jacob Peña in an amount that exceeds Twenty-Five Thousand ($25,000.00) Dollars, plus interest, costs, and attorney fees, along with any other relief that this Court deems equitable and just.

## COUNT II: DEFAMATION PER SE (SLANDER)
### DEFENDANT TODD BROOKS

26.    Plaintiff hereby incorporates paragraphs 1-25 of this complaint as if fully restated herein.

27.    On or about April 18, 2025, Defendant Brooks made a false and defamatory statement about Plaintiff to representatives of CATA.

28.    This statement included the false allegation that Plaintiff stole the phone of the aforementioned passenger from the lost and found in the employee breakroom.

29.    This statement was wholly false, malicious, and made without regard for the truth.

30.    Defendant Brooks made this statement knowing it was false or with reckless disregard for its falsity.

4

31.    This statement was communicated orally and published to third parties, including Defendant Peña, at CATA, and other agents or employees of CATA.

32.    The false statement alleged that Plaintiff had committed a crime of a sexual nature and pertained to Plaintiff's business, trade, occupation, and feelings in violation of MCL 600.2911(1) – (2).

33.    Defendant Brooks published false and defamatory statements concerning Plaintiff to decision-makers within CATA, either by:

    a. Repeating and adopting the false allegations made by Defendant Peña as true;

    b. Reporting said allegations as fact without conducting any reasonable investigation; and/or

    c. Amplifying the statements to justify discipline against Plaintiff.

34.    Defendant Brooks either knew the statements were false or acted with reckless disregard for their truth or falsity.

35.    These statements were made in the course of his employment, were communicated to other CATA personnel, and formed the basis of adverse employment action taken against Plaintiff.

36.    As a direct and proximate result of these defamatory statements, Plaintiff was disciplined by CATA, including suspension and termination, suffered reputational harm, emotional distress, and economic damages, including loss of income, benefits, and employment opportunities.

**WHEREFORE** Plaintiff, RONALD DELEON, respectfully requests relief from this Honorable Court in the form of damages against Defendant Todd Brooks in an amount that exceeds

Twenty-Five Thousand ($25,000.00) Dollars, plus interest, costs, and attorney fees, along with any other relief that this Court deems equitable and just.

**COUNT IV: VIOLATION OF 42 U.S.C. § 1983**
**DEFENDANTS JACOB PEÑA AND TODD BROOKS**

37.     Plaintiff hereby incorporates paragraphs 1-36 of this complaint as if fully restated herein.

38.     At all times relevant to this complaint, Defendants Jacob Peña and Todd Brooks were employees and agents of CATA, a public transportation authority created under Michigan's Public Transportation Authority Act, MCL 124.251 et seq.

39.     In performing the acts described herein, each individual Defendant acted under the color of state law within the meaning of 42 U.S.C. § 1983.

40.     Plaintiff was employed by CATA as a bus driver for approximately 27 years and had a legitimate expectation of continued employment pursuant to CATA's personnel policies.

41.     Plaintiff's long-term employment, together with CATA's disciplinary procedures and past practice, created a property interest in continued employment protected by the Fourteenth Amendment.

42.     Plaintiff also possessed a liberty interest in his reputation and good name as a public employee, protected from governmental deprivation without due process.

43.     On or about April 18, 2025, Defendant Peña knowingly made a false statement to Defendant Brooks that Plaintiff had grabbed a female passenger's wrist or elbow inappropriately.

44.     On or about the same date, Defendant Brooks falsely stated that Plaintiff took a passenger's phone from the lost and found in the employee breakroom and repeated Defendant Peña's false accusation to CATA decision-makers.

6

45.    Defendants' actions terminated Plaintiff's employment and publicly stigmatized him, thereby altering his legal status and depriving him of both liberty and property interests without due process of law.

46.    Taking without just compensation in violation of the Fifth Amendment of the US Constitution.

47.    As a direct and proximate result of Defendants' unconstitutional conduct, Plaintiff suffered loss of employment, reputational harm, emotional distress, and economic damages, including loss of income, benefits, and employment opportunities.

**WHEREFORE** Plaintiff, RONALD DELEON, respectfully requests relief from this Honorable Court in the form of damages against Defendants CATA, Todd Brooks, and Jacob Peña in an amount that exceeds Twenty-Five Thousand ($25,000.00) Dollars, plus interest, costs, and attorney fees, along with any other relief that this Court deems equitable and just.

Respectfully submitted,

**ABOOD**
L A W   F I R M   1 9 5 6

Dated: March 17, 2026

/s/ Andrew P. Abood

**Andrew P. Abood (P43366)**
Abood Law Firm
*Attorney for Plaintiff*
246 East Saginaw Street, Suite One
East Lansing, Michigan 48823
(517) 332-5900 / (517) 332-0700
discovery@aboodlaw.com

7



**Hon.** HON. MORGAN E. COLE

Case No.: 26- 1617 -NZ

**30th Circuit Court**
Ingham County
State of Michigan

| | | |
|---|---|---|
| **RONALD DELEON**<br>-Plaintiff- | V | **JACOB PEÑA, an individual, &**<br>**TODD BROOKS, an individual**<br>-Defendants- |

| | |
|---|---|
| **Andrew P. Abood (P43366)**<br>**Abood Law Firm**<br>*Attorney for Plaintiff*<br>246 E. Saginaw Street, Ste. One<br>East Lansing, Michigan 48823<br>(517) 332-5900 / (517) 332-0700<br>discovery@aboodlaw.com | |

## JURY DEMAND

Plaintiff, RONALD DELEON, demands a trial by jury in all matters so triable.

Respectfully submitted,

**ABOOD**
L A W   F I R M   1 9 5 6

Dated: March 17, 2026

/s/ *Andrew P. Abood*
_____
**Andrew P. Abood (P43366)**
Abood Law Firm
*Attorney for Plaintiff*
246 East Saginaw Street, Suite One
East Lansing, Michigan 48823
(517) 332-5900 / (517) 332-0700
discovery@aboodlaw.com

8

Approved, SCAO

| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>30th    JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>Ingham    COUNTY | SUMMONS | CASE NUMBER<br>26-  1612  -NZ<br>HON. MORGAN E. COLE |

| Court address | Court telephone number |
|---|---|
| 303 W. Kalamazoo St. Lansing, MI 48933 | (517) 483-6500 |

| Plaintiff's name, address, and telephone number<br><br>Ronald Deleon | v | Defendant's name, address, and telephone number<br><br>Jacob Peña<br>6608 W. Willow Highway<br>Lansing, MI 48917<br><br>Todd Brooks<br>5548 Lakeview Drive<br>Perry, MI 48872 |
|---|---|---|
| Plaintiff's attorney bar number, address, and telephone number<br><br>Andrew P. Abood (P43366)<br>Abood Law Firm<br>246 E. Saginaw St., Ste. 100<br>East Lansing, Michigan 48823<br>(517) 332-5900 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    | SUMMONS |

**NOTICE TO THE DEFENDANT** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>MAR 3 0 2026 | Expiration date<br>JUN 2 9 2026 | Court clerk<br>SETH GRUBER |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105
SRA

**Summons**  (3/23)                                         **Case Number** 26-_____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
|  |  |
| **Place or address of service** | |
|  | |
| **Attachments (if any)** | |
|  | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                  Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105



# ABOOD
### L A W   F I R M   1 9 5 6

246 E. Saginaw St., Suite #100
East Lansing, Michigan 48823
517.332.5900

April 1, 2026

**Todd Brooks**
5548 Lakeview Drive
Perry, MI  48872

Dear Mr. Brooks:

|  |  |
|---|---|
| *Re:* | ***Ronald Deleon v Jacob Pena & Todd Brooks*** |
| *Case No.:* | ***26-1612 -NZ*** |

Please find enclosed *Summons* and *Complaint and Jury Demand* in regard to the above captioned matter.

Should you have any questions, please do not hesitate to contact us.

Thank you.

Sincerely,

**ABOOD**
L A W   F I R M   1 9 5 6

*Andrew P. Abood*
Andrew P. Abood

APA/as
Enc.
cc Ronald Deleon, via email

## WWW.ABOODLAW.COM
## EAST LANSING | BIRMINGHAM

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy – Return

| STATE OF MICHIGAN | | SUMMONS | CASE NUMBER |
|---|---|---|---|
| 30th JUDICIAL DISTRICT | | | 26- ᴵᙢᴵᘔ -NZ |
| Ingham JUDICIAL CIRCUIT COUNTY | | | HON. MOᴿ___ᴵᴸ E. COLE |

**Court address**
303 W. Kalamazoo St. Lansing, MI 48933

**Court telephone number**
(517) 483-6500

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Ronald Deleon | v | Jacob Peña<br>6608 W. Willow Highway<br>Lansing, MI  48917<br><br>Todd Brooks<br>5548 Lakeview Drive<br>Perry, MI  48872 |
| **Plaintiff's attorney bar number, address, and telephone number**<br>Andrew P. Abood (P43366)<br>Abood Law Firm<br>246 E. Saginaw St., Ste. 100<br>East Lansing, Michigan 48823<br>(517) 332-5900 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer  pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>MAR 3 0 2026 | Expiration date*<br>JUN 2 9 2026 | Court clerk<br>SETH GRUBER ᴵᴷᶜ |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons**   (3/23)                                                    Case Number 26-_____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served     ☐ personally     ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)     a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105



**Hon.** HON. MORGAN E. COLE

Case No.: 26- 1612 -NZ

**30th Circuit Court**
Ingham County
State of Michigan

| | | |
|---|---|---|
| **RONALD DELEON**<br>*-Plaintiff-* | V | **JACOB PEÑA, an individual, &**<br>**TODD BROOKS, an individual**<br>*-Defendants* |

| | |
|---|---|
| **Andrew P. Abood (P43366)**<br>**Abood Law Firm**<br>*Attorney for Plaintiff*<br>246 E. Saginaw Street, Ste. One<br>East Lansing, Michigan 48823<br>(517) 332-5900 / (517) 332-0700<br>discovery@aboodlaw.com | |

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the Complaint.

## COMPLAINT

**NOW COMES** Plaintiff, RONALD DELEON, by and through his attorneys, the ABOOD LAW FIRM, and for his Complaint against Defendants, JACOB PEÑA and TODD BROOKS, states the following:

### JURISDICTION, VENUE & THE PARTIES

1.      This is a claim for defamation arising from false and defamatory statements that occurred in the City of Lansing, County of Ingham, State of Michigan, on or about April 18, 2025.

2.      Jurisdiction rests with this Honorable Court under MCL 600.601 and MCL 600.605.

1

3.      Venue is proper under MCL 600.1629.

4.      The amount in controversy herein exceeds Twenty-Five Thousand Dollars ($25,000.00), exclusive of interest, costs, and attorney fees.

5.      Plaintiff, RONALD DELEON (hereinafter as "Plaintiff"), is an individual and resident of the County of Ingham, State of Michigan.

6.      Defendant, JACOB PEÑA ("Defendant Peña"), is an individual who works in the County of Ingham, State of Michigan.

7.      Defendant, TODD BROOKS ("Defendant Brooks"), is an individual who works in the County of Ingham, State of Michigan.

## GENERAL ALLEGATIONS

8.      Plaintiff had worked as a bus driver for CATA for 27 years and was just a few months shy of celebrating his 28th year at the time of his dismissal.

9.      Plaintiff is and was a person of good name, fame, and reputation in and about the City of Lansing, County of Ingham, State of Michigan, and deservedly enjoyed the esteem and good opinion of his neighbors and other citizens.

10.     On or about April 18, 2025, in the City of Lansing, County of Ingham, State of Michigan, and in the presence and hearing of Defendant Brooks, the Director of Operations of CATA, Defendant Peña maliciously and wrongfully made a false and defamatory oral statement about Plaintiff.

11.     Defendant Peña accused Plaintiff of grabbing a female passenger's wrist or elbow inappropriately.

12.     Defendant Peña's statements were false and defamatory.

2

13.    On or about the same date, in the same place, and in the presence and hearing of representatives of CATA, Defendant Brooks maliciously and wrongfully made a false and defamatory oral statement about Plaintiff.

14.    Defendant Brooks accused Plaintiff of stealing the said passenger's phone from the lost and found.

15.    Defendant Brooks's statements were false and defamatory

16.    When both statements were made, there were other people who heard the statements, and as a result, it negatively impacted the others' opinion of Plaintiff's reputation, goodwill, and image.

17.    As a result of these acts, Plaintiff has been deprived of earnings by loss of employment he would have had but for the speaking of the false and defamatory words, has been greatly injured in his reputation, and has suffered great pain and anguish.

## COUNT I: DEFAMATION PER SE (SLANDER)
### DEFENDANT JACOB PEÑA

18.    Plaintiff hereby incorporates paragraphs 1-17 of this complaint as if fully restated herein.

19.    On or about April 18, 2025, Defendant Peña made a false and defamatory statement about Plaintiff to Defendant Brooks.

20.    This statement included the false allegation that Plaintiff grabbed a female passenger's wrist or elbow inappropriately, making Defendant Peña so uncomfortable that he had to file a complaint.

21.    This statement was wholly false, malicious, and made without regard for the truth.

22.    Defendant Peña made this statement knowing it was false or with reckless disregard for its falsity.

23.     This statement was communicated orally and published to third parties, including Defendant Brooks and other agents or employees of CATA.

24.     The false statement alleged that Plaintiff had committed a crime of a sexual nature and pertained to Plaintiff's business, trade, occupation, and feelings in violation of MCL 600.2911(1) – (2).

25.     As a direct and proximate result of these defamatory statements, Plaintiff was disciplined by CATA, including suspension and termination, suffered reputational harm, emotional distress, and economic damages, including loss of income, benefits, and employment opportunities.

**WHEREFORE** Plaintiff, RONALD DELEON, respectfully requests relief from this Honorable Court in the form of damages against Defendant Jacob Peña in an amount that exceeds Twenty-Five Thousand ($25,000.00) Dollars, plus interest, costs, and attorney fees, along with any other relief that this Court deems equitable and just.

## COUNT II: DEFAMATION PER SE (SLANDER)
### DEFENDANT TODD BROOKS

26.     Plaintiff hereby incorporates paragraphs 1-25 of this complaint as if fully restated herein.

27.     On or about April 18, 2025, Defendant Brooks made a false and defamatory statement about Plaintiff to representatives of CATA.

28.     This statement included the false allegation that Plaintiff stole the phone of the aforementioned passenger from the lost and found in the employee breakroom.

29.     This statement was wholly false, malicious, and made without regard for the truth.

30.     Defendant Brooks made this statement knowing it was false or with reckless disregard for its falsity.

4

31. This statement was communicated orally and published to third parties, including Defendant Peña, at CATA, and other agents or employees of CATA.

32. The false statement alleged that Plaintiff had committed a crime of a sexual nature and pertained to Plaintiff's business, trade, occupation, and feelings in violation of MCL 600.2911(1) – (2).

33. Defendant Brooks published false and defamatory statements concerning Plaintiff to decision-makers within CATA, either by:

   a. Repeating and adopting the false allegations made by Defendant Peña as true;

   b. Reporting said allegations as fact without conducting any reasonable investigation; and/or

   c. Amplifying the statements to justify discipline against Plaintiff.

34. Defendant Brooks either knew the statements were false or acted with reckless disregard for their truth or falsity.

35. These statements were made in the course of his employment, were communicated to other CATA personnel, and formed the basis of adverse employment action taken against Plaintiff.

36. As a direct and proximate result of these defamatory statements, Plaintiff was disciplined by CATA, including suspension and termination, suffered reputational harm, emotional distress, and economic damages, including loss of income, benefits, and employment opportunities.

**WHEREFORE** Plaintiff, RONALD DELEON, respectfully requests relief from this Honorable Court in the form of damages against Defendant Todd Brooks in an amount that exceeds

5

Twenty-Five Thousand ($25,000.00) Dollars, plus interest, costs, and attorney fees, along with any other relief that this Court deems equitable and just.

**COUNT IV: VIOLATION OF 42 U.S.C. § 1983**
**DEFENDANTS JACOB PEÑA AND TODD BROOKS**

37.    Plaintiff hereby incorporates paragraphs 1-36 of this complaint as if fully restated herein.

38.    At all times relevant to this complaint, Defendants Jacob Peña and Todd Brooks were employees and agents of CATA, a public transportation authority created under Michigan's Public Transportation Authority Act, MCL 124.251 et seq.

39.    In performing the acts described herein, each individual Defendant acted under the color of state law within the meaning of 42 U.S.C. § 1983.

40.    Plaintiff was employed by CATA as a bus driver for approximately 27 years and had a legitimate expectation of continued employment pursuant to CATA's personnel policies.

41.    Plaintiff's long-term employment, together with CATA's disciplinary procedures and past practice, created a property interest in continued employment protected by the Fourteenth Amendment.

42.    Plaintiff also possessed a liberty interest in his reputation and good name as a public employee, protected from governmental deprivation without due process.

43.    On or about April 18, 2025, Defendant Peña knowingly made a false statement to Defendant Brooks that Plaintiff had grabbed a female passenger's wrist or elbow inappropriately.

44.    On or about the same date, Defendant Brooks falsely stated that Plaintiff took a passenger's phone from the lost and found in the employee breakroom and repeated Defendant Peña's false accusation to CATA decision-makers.

6

45.    Defendants' actions terminated Plaintiff's employment and publicly stigmatized him, thereby altering his legal status and depriving him of both liberty and property interests without due process of law.

46.    Taking without just compensation in violation of the Fifth Amendment of the US Constitution.

47.    As a direct and proximate result of Defendants' unconstitutional conduct, Plaintiff suffered loss of employment, reputational harm, emotional distress, and economic damages, including loss of income, benefits, and employment opportunities.

**WHEREFORE** Plaintiff, RONALD DELEON, respectfully requests relief from this Honorable Court in the form of damages against Defendants CATA, Todd Brooks, and Jacob Peña in an amount that exceeds Twenty-Five Thousand ($25,000.00) Dollars, plus interest, costs, and attorney fees, along with any other relief that this Court deems equitable and just.

Respectfully submitted,

**ABOOD**
LAW FIRM 1956

Dated: March 17, 2026

/s/Andrew P. Abood

**Andrew P. Abood (P43366)**
Abood Law Firm
*Attorney for Plaintiff*
246 East Saginaw Street, Suite One
East Lansing, Michigan 48823
(517) 332-5900 / (517) 332-0700
discovery@aboodlaw.com

7



**Hon.** ~~HON. MORGAN E. COLE~~

Case No.: 26- *1612* -NZ

**30th Circuit Court**
Ingham County
State of Michigan

| | | | |
|---|---|---|---|
| **RONALD DELEON**<br>*-Plaintiff-* | V | **JACOB PEÑA, an individual, &**<br>**TODD BROOKS, an individual**<br>*-Defendants* | |
| **Andrew P. Abood (P43366)**<br>**Abood Law Firm**<br>*Attorney for Plaintiff*<br>246 E. Saginaw Street, Ste. One<br>East Lansing, Michigan 48823<br>(517) 332-5900 / (517) 332-0700<br>discovery@aboodlaw.com | | | |

## JURY DEMAND

Plaintiff, RONALD DELEON, demands a trial by jury in all matters so triable.

Respectfully submitted,

**ABOOD**
L A W   F I R M   1 9 5 6

Dated: March 17, 2026

/s/*Andrew P. Abood*

**Andrew P. Abood (P43366)**
Abood Law Firm
*Attorney for Plaintiff*
246 East Saginaw Street, Suite One
East Lansing, Michigan 48823
(517) 332-5900 / (517) 332-0700
discovery@aboodlaw.com